JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW A. RODRIGUEZ,<br><br>          Petitioner,<br><br>v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>          Respondent. | Case No. 5:22-cv-01466-CJC (SK)<br><br>**JUDGMENT** |

**IT IS ADJUDGED** that this action is dismissed for lack of jurisdiction under 28 U.S.C. § 2254.

DATED: August 30, 2022

_____
CORMAC J. CARNEY
U.S. DISTRICT JUDGE